UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>                Plaintiff,<br><br>    v.<br><br>TACOMA NEWS TRIBUNE, et al.,<br><br>                Defendants. | CASE NO. C17-5947 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's action is hereby **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983 and Plaintiff's motion to proceed *in forma pauperis* is **DENIED**.

Dated this 10th day of April, 2018.

                                              BENJAMIN H. SETTLE
                                              United States District Judge